UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

VERNELL BURNEY, SR.,

    Plaintiff,                                     Case No. 3:23-cv-376

vs.

EXCEL INC.,                                    District Judge Michael J. Newman
*doing business as*                          Magistrate Judge Peter B. Silvain, Jr.
DHL SUPPLY CHAIN, *et al*.,

    Defendants.

---

## ORDER CONDITIONALLY DISMISSING THIS CASE

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any of the parties may, upon good cause shown within **forty-five (45) days**, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

October 24, 2024                                    s/*Michael J. Newman*
                                                        Hon. Michael J. Newman
                                                        United States District Judge